UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Docket No.  19-cr-10459 |
| ) | |
| ) | |
| ) | |
| HECTOR ADORNO              ) | |

MOTION TO EXTEND DEADLINE FOR FILING RESPONSE UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 59(a)

Defendant Hector Adorno (Defendant") hereby moves this Honorable Court to extend the deadline, set by Federal Rule of Criminal Procedure 59(a), for filing a response to the Magistrate's Order of Detention, which was entered onto the docket in the above-captioned matter on May 7, 2020. On June 23, 2020, Judge Zobel granted Defendant's motion to extend time until July 2, 2020.  Defendant now requests that the Court extend the filing deadline an additional 14 days, from Thursday July 2, 2020 until Thursday, July 16, 2020.  As grounds, Defendant states that additional time is necessary to discuss and review the Magistrate's decision with counsel.

Wherefore Mr. Adorno requests that his motion is allowed.

Respectfully submitted,

HECTOR ADORNO

By his attorney,

/s/ *Mark D. Smith*
Mark D. Smith, BBO No. 542676
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 443-1100
Fax: (617) 443-1174
smith@laredosmith.com

Dated: July 1, 2020

CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail to those identified as non-registered participants.

/s/ *Mark D. Smith*
Mark D. Smith

Dated: July 1, 2020